

2001 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-16-2001

# Montrose Med'l Group v. Bulger

Precedential or Non-Precedential:

Docket 00-3430

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2001

Recommended Citation

"Montrose Med'l Group v. Bulger" (2001). *2001 Decisions.* Paper 105.
http://digitalcommons.law.villanova.edu/thirdcircuit_2001/105

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2001 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNREPORTED

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No.  00-3430
_____

MONTROSE MEDICAL GROUP
PARTICIPATING SAVINGS PLAN;
MONTROSE GENERAL HOSPITAL, INC., Appellants

v.

RICHARD A. BULGER; WALTER GARVEY;
MUTUAL LIFE INSURANCE COMPANY OF NEW YORK

v.

MUTUAL LIFE INSURANCE COMPANY OF NEW YORK;
RICHARD A. BULGER, Third-Party Plaintiffs

v.

EUDORA BENNETT; MONTROSE MEDICAL ARTS
PHARMACY, INC.; MEDICAL ARTS NURSING
CENTER, INC.; MEDICAL ARTS CLINIC, Third-Party Defendants
_____

On Appeal From the United States District Court
For the Middle District of Pennsylvania
(D.C. Civ. No. 94-cv-02141)
District Judge: Honorable Thomas I. Vanaskie, Chief Judge
_____

Argued: November 30, 2000
Before: BECKER, Chief Judge, and MAGILL,

_____

ORDER AMENDING OPINION
_____

The slip opinion filed on March 22, 2001 in the above case is hereby amended as
follows:
    1.  On page 14, first paragraph, lines 11-12, the cite to the case should read Ryan
Operations, 81 F.3d at 361.
    2.  On page 23, at the beginning of the indented material, the word Bulger should
be preceded by quotation marks.

3.  On page 25, second line from the bottom, the word Hospital should be replaced
with Hospital's.

                              BY THE COURT:


                              /s/ Edward R. Becker
                              Chief Judge

Dated:  May 16, 2001